Objection Date: May 23, 2023, at 5:00 p.m. (Eastern Time)
Presentment Date: May 30, 2023, at 12:00 p.m. (Eastern Time)

ASK LLP
Edward E. Neiger
Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

*Attorneys for Katerina Crews in her capacity as the Responsible Person*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 |
| SKILL CAPITAL LLC, | : Case No. 21-11275 (DSJ) |
| Debtor.[1] | : (Subchapter V) |

**NOTICE OF PRESENTMENT OF MOTION OF PLAN ADMINISTRATOR FOR ENTRY OF A FINAL DECREE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022 CLOSING THE DEBTOR'S SUBCHAPTER 5 CHAPTER 11 CASE**

PLEASE TAKE NOTICE that upon the annexed motion (the "Motion") of Katerina Crews as the Responsible Person (the "Responsible Person") appointed pursuant to the Liquidating Small Business Subchapter V Plan of Skill Capital LLC for entry of a final decree, closing the Debtor's chapter 11 case pursuant to section 350(a) of title 11 of the United States Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, the undersigned will present the attached Proposed

---

[1] The last four digits of the Debtor's federal tax identification number are 4638. The mailing address for the Debtor is 25 Bedford Street, WC2E 9ES, London, United Kingdom.

Order to the Honorable David S. Jones, United States Bankruptcy Judge, for signature on May 30, 2023 at 12:00 p.m. at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the Proposed Order is filed with the Court and received by ASK LLP (Attn: Marianna Udem, Esq.), 60 East 42nd Street, 46th Floor, New York, New York 10165, attorneys for the Responsible Person, on or before May 23, 2023, at 5:00 PM (Eastern Time), there will not be a hearing and the Proposed Order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: May 8, 2023

Respectfully submitted,

ASK LLP

By: /s/ Marianna Udem
Edward E. Neiger
Marianna Udem
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

*Attorneys for Katerina Crews in her capacity as the Responsible Person*