UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SKILL CAPITAL LLC, | : | Case No. 21-11275 (DSJ) |
| | : | |
| Debtor.[1] | : | (Subchapter V) |

---

# FINAL DECREE CLOSING CHAPTER 11 CASE

This matter having come before the Court on the motion (the "Motion") of Katerina Crews as the Responsible Person appointed pursuant to the Liquidating Small Business Subchapter V Plan of Skill Capital LLC for entry of a final decree closing the above-captioned chapter 11 case, due and proper notice of the Motion having been given to all parties-in-interest, and after due consideration, the Court has determined that it is in the best interests of the estate and its creditors to grant the relief requested in the Motion; it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the above-captioned chapter 11 case is hereby closed, effective upon the entry of this order; and it is further

ORDERED that all other provisions of the Plan and the Confirmation Order shall remain in full force and effect.

Dated: New York, New York
       May 31, 2023

                                    *s/ David S. Jones*
                                    HONORABLE DAVID S. JONES
                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number are 4638. The mailing address for the Debtor is 25 Bedford Street, WC2E 9ES, London, United Kingdom.

1